IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**KRISTOPHER THOMAS**

        Defendant.

CR NO: 5:24-mj-00006-CDB

**SEALED**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Kristopher Shamar Thomas | |
| Detained at | Kern Valley State Prison, Delano, CA | |
| Detainee is: | a.) | ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: 21 USC 841(a)(1); 21 USC 841(b)(1)(A), 21 USC 846 |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | *Karen A. Escobar* |
| Printed Name & Phone No: | Karen Escobar (559) 274-8993 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: February 14, 2024

*[signature]*
Honorable Christopher D. Baker
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Broski | ☒Male ☐Female | |
| Booking or CDC #: | G02667 | DOB: | 12/02/1987 |
| Facility Address: | 3000 W Cecil Ave, Delano, CA 93215 | Race: | Black |
| Facility Phone: | (661) 721-6300 | FBI#: | 82979AC6 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

        (signature)