UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KRISTOPHER THOMAS,<br>JUSTIN DAMONTE MITCHELL,<br>DERRICK D. CHARLES, and<br>NATASHA MICHELLE BAILEY,<br><br>                Defendants. | CASE NO. 5:24-MJ-00006-CDB<br><br>ORDER TO UNSEAL CASE<br><br>(Doc. 8) |

Good cause appearing due to the defendants' pending initial appearances in this case, it is ordered that the motion of the United States of America to unseal (Doc. 8) is GRANTED, and that the complaint and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

Dated: __**February 22, 2024**__               _____
                                                       UNITED STATES MAGISTRATE JUDGE